MEMO TO: 11th Circuit Web Users

FROM: Nancy Gilman, Published Opinions Clerk
　　　Eleventh Circuit Clerk's Office

DATE: March 10, 1999

RE: 96-5438 Burger King v. Weaver

This is to advise that the above mentioned opinion has been reloaded onto the 11th Circuit Web with a code of TYP. In reviewing the text, it was noted that the placement of the footnote numbers was not visible. They have now been added.

Please accept our apologies for any inconvenience.